| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13444-AMC

VANESTA R WRIGHT  
7555 BROOKHAVEN ROAD  
PHILADELPHIA  PA   19151

Petition Filed Date: 05/29/2019  
341 Hearing Date: 07/26/2019  
Confirmation Date: 01/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $550.00 | 1000364358 | 08/16/2022 | $550.00 | 1000364786 | 08/31/2022 | $550.00 | 1000365406 |
| 09/13/2022 | $550.00 | 1000365841 | 10/05/2022 | $550.00 | 1000366310 | 10/12/2022 | $550.00 | 1000366887 |
| 10/27/2022 | $550.00 | 1000367367 | 11/08/2022 | $550.00 | 1000367771 | 11/30/2022 | $550.00 | 1000368172 |
| 12/07/2022 | $550.00 | 1000368540 | 12/20/2022 | $550.00 | 1000368926 | 01/04/2023 | $550.00 | 1000369353 |
| 01/24/2023 | $550.00 | 1000369716 | 02/01/2023 | $550.00 | 1000370124 | 02/21/2023 | $550.00 | 1000370538 |
| 03/06/2023 | $550.00 | 1000370963 | 03/14/2023 | $550.00 | 1000371414 | 03/29/2023 | $550.00 | 1000371888 |
| 04/11/2023 | $550.00 | 1000372315 | 04/25/2023 | $550.00 | 1000372802 | 05/09/2023 | $550.00 | 1000373208 |
| 05/24/2023 | $550.00 | 1000373610 | 06/07/2023 | $550.00 | 1000374012 | 06/21/2023 | $550.00 | 1000374407 |
| 07/06/2023 | $550.00 | 1000374890 | 07/18/2023 | $550.00 | 1000375304 | | | |

**Total Receipts for the Period: $14,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $20,598.95 | $20,598.95 | $0.00 |
| 3 | PHILADELPHIA PARKING AUTHORITY<br>»» 003 | Unsecured Creditors | $2,157.43 | $433.54 | $1,723.89 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $29,094.45 | $5,846.53 | $23,247.92 |
| 5 | WELLS FARGO BANK NA<br>»» 05A | Mortgage Arrears | $5,125.17 | $5,125.17 | $0.00 |
| 6 | WELLS FARGO BANK NA<br>»» 05B | Mortgage Arrears | $2,613.41 | $2,613.41 | $0.00 |
| 7 | WESTLAKE FINANCIAL SERVICES<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $986.39 | $198.23 | $788.16 |
| 9 | BONNER & PRENDERGRAST CATHOLIC HIGH SCHOOL<br>»» 008 | Unsecured Creditors | $9,244.00 | $9,244.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $4,515.79 | $4,515.79 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $88.86 | $88.86 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,124.00 | $4,124.00 | $0.00 |

Chapter 13 Case No. 19-13444-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,300.00 | Current Monthly Payment: | $1,100.00 |
| Paid to Claims: | $52,788.48 | Arrearages: | ($4,950.00) |
| Paid to Trustee: | $5,011.02 | Total Plan Base: | $64,350.00 |
| Funds on Hand: | $500.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.